UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

CASE No. 8:20-mj-1216-T-TGW　　　　　　　DATE: FEBRUARY 26, 2020

# HONORABLE THOMAS G. WILSON

UNITED STATES OF AMERICA　　　　　　　AUSA DANIEL GEORGE
-v-
TAYLOR ASHLEY PARKER-DIPEPPE　　　　AFPD ADRIAN BURDEN

INTERPRETER: N/A　　　　　　　　　　　　TIME: 3:54-4:59 (1 hr. 5 min.)
DEPUTY CLERK: DAWN M. SAUCIER　　　　COURT REPORTER: N/A
TAPE: DIGITAL　　　　　　　　　　　　　COURTROOM 12A

PROCEEDINGS:　RULE 5 INITIAL APPEARANCE/PRELIMINARY HEARING/
　　　　　　　　DETENTION HEARING

| | |
|---|---|
| X | Defendant provided w/copy of Complaint from Western District of Washington (Case No. 2:20-mj-088-MAT) |
| X | Arrest Date: 2/26/2020 |
| X | Financial affidavit submitted |
| X | AFPD appointed for purposes of today's hearing |
| X | Court advises defendant of Rule 20 and Rule 5 rights and charges. |
| X | Preliminary hearing held: |

　　　　Government calls FBI Special Agent Sonia Lester. Witness sworn. Direct examination by government. Cross-examination by defense counsel. Witness excused.

　　　　Court finds probable cause that defendant committed alleged acts in the complaint.

| | |
|---|---|
| X | Detention/Bond: |

　　　　Government: Seeks detention as risk of flight and danger to the community; nature of offense; government introduces exhibits 1-4 as evidence of hate group's propaganda; evidence against the defendant is strong.

　　　　Defendant: Requests release; defendant has resided with mother and stepfather in same residence since January 2019; parents are present in court today; defendant's actions involved only the placement of flyers on residences and no actual violence.

Court: Defendant to be detained as danger to the community.

__X__   Defendant remanded to custody of U.S. Marshal