UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
|---|---|
| v. | TO ANOTHER DISTRICT |
| TAYLOR ASHLEY PARKER-DIPEPPE | CASE NO. 8:20-MJ-1216-T-TGW |

## CHARGES

| Charging Document | Statute(s) | Charging District |
|---|---|---|
| Complaint | 18 U.S.C. 371 | Western District of Washington<br>Case No. 2:20-mj-88-MAT |

**Description:** Conspiracy to mail threatening communications and commit cyberstalking

## PROCEEDINGS

**CURRENT BOND STATUS:**
- [X] Government moved for detention and defendant detained after hearing in district of arrest
- [ ] Government moved for detention and defendant detained pending bond hearing in district of offense
- [ ] Other:

**COUNSEL:**   [ ] Retained Own Counsel   [X] Federal Defender Organization   [ ] CJA Attorney   [ ] None

**INTERPRETER:**   [X] No   [ ] Yes   Language:

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **TAYLOR ASHLEY PARKER-DIPEPPE**, and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and thereafter deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

FEBRUARY 27, 2020

_signature_
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

## RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |