UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,                Case No.

    Plaintiff,          ☐
    Government       ☒          ☒ Evidentiary
                                                  ☐ Trial
                                                  ☐ Other
v.

TAYLOR ASHLEY PARKER-DIPEPPE

    Defendant          ☐

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 2/26/20 | 2/26/20 | | AWD IronMarch.org Post |
| 2 | 2/26/20 | 2/26/20 | | AWD Public Posters |
| 3 | 2/26/20 | 2/26/20 | | Screen Capture of AWD Video |
| 4 | 2/26/20 | 2/26/20 | | Operation Erste Saule Posters |