**U.S. District Court**
**Middle District of Florida**
**Tampa Division**

## GOVERNMENT EXHIBIT

**Exhibit No.:** 1

Case No.:
UNITED STATES OF AMERICA

vs.

TAYLOR ASHLEY PARKER-
DIPEPPE

Date Identified:_____

Date Admitted:_____



Now, what are we and what do we do?

We are very fanatical, ideological band of comrades who do both activism and militant training. Hand to hand , arms training, and various other forms of training. As for activism, we spread awareness in the real world through unconventional means. [keyboard warriorism is nothing to do with what we are.]

We also do hunting, adventuring, and a group favorite is urban exploring.

We have various specialists in the group ranging from many occupations.

Joining us means serious dedication not only to the Atomwaffen Division and its members, but to the goal of ultimate uncompromising victory. With this means only those willing to get out on the streets, in the woods, or where ever we maybe in the world and work together in the physical realm. As stated earlier, no keyboard warriorism, (we do however do alot of hacking, you won't hear about this though) if you don't want to meet up and get things done don't bother.