U.S. District Court
Middle District of Florida
Tampa Division

GOVERNMENT EXHIBIT

Exhibit No.: 3

Case No.:
UNITED STATES OF AMERICA

vs.

TAYLOR ASHLEY PARKER-DIPEPPE

Date Identified:

Date Admitted:

