U.S. District Court
Middle District of Florida
Tampa Division

## GOVERNMENT EXHIBIT

Exhibit No.: 4

Case No.:
UNITED STATES OF AMERICA

vs.

TAYLOR ASHLEY PARKER-DIPEPPE

Date Identified: _____

Date Admitted: _____






