UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:20-mj-1216-T-TGW

TAYLOR ASHLEY PARKER-DIPEPPE

_____

ORDER OF DETENTION

THIS CAUSE came to be heard at the time of defendant's initial appearance on charges of conspiracy to mail threatening communications and commit cyberstalking. A preliminary hearing was conducted, and the evidence against the defendant appears very strong. The object of the organization is to intimidate and harass journalists, Jews and blacks. The organization has roots in this area and is a white supremacist organization intending to threaten, if not kill, minorities. Thus, an organizer was found in possession of explosive materials. Notably, the defendant, when arrested, was in possession of several knives and brass knuckles. Consequently, the defendant and his cohorts clearly present a danger to the community.

There are no conditions of release that would reasonably protect the safety of the community. At the hearing, it was discussed that, if the defendant would simply remain in this area and would not travel to Washington, a conceivable condition would be strict home detention, but that condition is not feasible if the defendant is required to travel across the country for proceedings in Washington. Accordingly, the defendant should be detained.

It is, therefore, upon consideration,

ORDERED:

1. That the defendant, TAYLOR ASHLEY PARKER-DIPEPPE, shall be **DETAINED** without bail.

2. That the defendant is hereby **COMMITTED** to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 2nd day of March, 2020.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE